IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LA-TONYA MANIGAULT**                                                    Plaintiff,

vs.                                                        Case No.07-CV-4091

**AKAL SECURITY, INC.**
                                                                                    Defendant.

## DISMISSAL WITH PREJUDICE

**COMES NOW**, LA-TONYA MANIGAULT, by and through one of her attorneys, Peter Charles Rombold of Hoover Law Firm, and hereby dismisses the above captioned matter with prejudice.

**IN SUPPORT WHEREOF,** Plaintiff would show the Court that she has entered into a Settlement Agreement with Defendant whereby she agreed to dismiss her case with prejudice and has tendered to Defendant a Satisfaction and Release on or about June 24, 2008.  Plaintiff mistakenly believed that Defendant had also filed a Motion and Order to Dismiss the case which was delivered to Defendant simultaneously with the Satisfaction and Release.

**WHEREFORE,** Plaintiff hereby dismisses the above captioned matter with prejudice this 21st Day of November, 2008.

/s/ Peter Charles Rombold
Attorney for Plaintiff
Ks. S. Ct. No. 11539
HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD
811 North Washington Street
Junction City, KS  66441
Attorneys for Plaintiff
(785) 238-3126
(785) 238-1717 (fax)
E-mail:rombold@hooverlawfirm.com

PR:Manigault.Complaint